UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEPHEN ALEXANDER,

     Plaintiff,

v.                                        Case No. 04-72981

CITY OF DETROIT,                    HONORABLE AVERN COHN

     Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DIRECTING ENTRY OF DEFAULT JUDGMENT OF LIABILITY AGAINST DEFENDANT AND SETTING HEARING ON THE ISSUE OF DAMAGES**

     This is an employment case claiming reverse race discrimination. Before the Court is plaintiff's motion for summary judgment to which defendant has failed to respond.[1] The motion is GRANTED.[2] The Clerk shall enter a default judgment of liability in favor of the plaintiff. A hearing regarding the determination of damages shall be held on Wednesday, June 15, 2005 at 2:00pm.

     SO ORDERED.


Dated: May 24, 2005                 s/Avern Cohn_____
                                  AVERN COHN
                                  UNITED STATES DISTRICT JUDGE

---

[1]For a detailed account of the procedural history of this case including defendant's repeated failure to respond to discovery and the instant motion, see plaintiff's brief in support of motion for summary judgment at p. 2-4.

[2]The Court originally scheduled this matter for hearing. Upon review of plaintiff's papers and in light of defendant's failure to respond, the Court finds that oral argument is not necessary. See E.D. Mich. LR 7.1(e)(2).

**Proof of Service**

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 24, 2005, by electronic and/or ordinary mail.


    s/Julie Owens                 
Case Manager
(313) 234-5160