UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN ALEXANDER,

       Plaintiff,

v.

CITY OF DETROIT,

       Defendant.
_____/

Case No. 04-72981

HONORABLE AVERN COHN

## **JUDGMENT**

For the reasons stated in the accompanying Memorandum and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff. Damages and attorney fees and costs are awarded as follows: **economic damages** in the amount of four hundred fifty thousand dollars *($450,000.00)*, **non-economic damages** in the amount of two hundred fifty thousand dollars *($250,000.00)*, **attorneys fees and costs** in the amount of fifty thousand dollars for a total award of seven hundred fifty thousand dollars *($750,000.00)*.

IT IS FURTHER ORDERED AND ADJUDGED that the case is DISMISSED.

SO ORDERED.

Dated: February 09, 2006               David Weaver, Clerk of Court

                                                          s/ Julie Owens
                                                          Deputy Clerk